IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RIXEY M. MARTINEZ,**

    **Plaintiff,**

v.                                                                           No. CIV-15-0645 LAM

**CAROLYN W. COLVIN,** Acting Commissioner
of the Social Security Administration,

    **Defendant.**

# ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for setting a briefing schedule.

**IT IS THEREFORE ORDERED THAT:**

1.    **On or before March 21, 2016,** Plaintiff shall file and serve, in accordance with D.N.M. LR-Civ. 7.3, a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law;

2.    **On or before May 19, 2016**, Defendant shall file and serve, in accordance with D.N.M. LR-Civ. 7.3, her response; and

3.    **On or before June 2, 2016,** Plaintiff may file and serve, in accordance with D.N.M. LR-Civ. 7.3, a reply.

**IT IS FURTHER ORDERED** that all supporting memoranda filed by the parties pursuant to this order shall cite the transcript or record when making assertions of fact, and that propositions of law shall be supported by citations of authority.

**IT IS FURTHER ORDERED** that **all requests for extensions of time altering the deadlines set in this order shall be made by written motion filed with the Court pursuant to Rule 7 of the Federal Rules of Civil Procedure and D.N.M. LR-Civ. 7.**  If the parties agree to seek an extension of time, they shall submit an agreed-upon proposed order to the Court for approval and shall make the submission in compliance with the requirements posted on the undersigned's website at http://www.nmcourt.fed.us.

   **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**