IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RIXEY M. MARTINEZ,**

       **Plaintiff,**

v.                                                       No. CIV-15-0645 LAM

**NANCY A. BERRYHILL, Acting Commissioner**
**of the Social Security Administration,**

       **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 32)*, filed on March 3, 2017, wherein Plaintiff asks for an award of **$5,088.84** in attorney fees.  Having considered the motion, the record in this case, and relevant law, the Court **FINDS** that the motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 32)* is **GRANTED**, and Plaintiff is authorized to receive **$5,088.84** in attorney fees for payment to Plaintiff's attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund the smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of

the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

    **IT IS SO ORDERED**.

                                    */s/ Lourdes A. Martínez*
                                  **LOURDES A. MARTÍNEZ**
                                  **UNITED STATES MAGISTRATE JUDGE**
                                  **Presiding by Consent**